IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.D., a minor, by NICOLE FINNEY, as guardian and in her own right,<br>      Plaintiffs,<br><br>vs.<br><br>SHUMAN JUVENILE DETENTION CENTER, a Department of Allegheny County, Pennsylvania,<br>      Defendant. | **2:05cv1323**<br>**Electronic Filing**<br>Judge Cercone<br>Magistrate Judge Mitchell |

## ORDER

AND NOW, this 9th day of February, 2006, after the plaintiffs, A.D., a minor by Nicole Finney as guardian and in her own right, filed an action in the above-captioned case, and after a partial motion to dismiss was submitted by the defendant, Shuman Juvenile Detention Center, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 6), which is adopted as the opinion of this Court,

IT IS ORDERED that the partial motion to dismiss submitted on behalf of Defendant (Docket No. 3) is granted and Counts VI-X of the complaint are dismissed.

                                                                   David Stewart Cercone
                                                                   United States District Judge

cc:     Honorable Robert C. Mitchell
         United States Magistrate Judge

         Brian C. Thompson, Esquire
         Joseph R. Petrina, Esquire
         Petrina & Thompson
         10700 Frankstown Road
         Parkway East Professional Center
         Suite 300
         Pittsburgh, PA 15235

Carl B. Zacharia, Esquire
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219