IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.D., a minor, by NICOLE FINNEY, as guardian and in her own right,<br>    Plaintiffs,<br><br>vs.<br><br>SHUMAN JUVENILE DETENTION CENTER, a Department of Allegheny County, Pennsylvania,<br>    Defendant. | 2:05cv1323<br>**Electronic Filing**<br>Judge Cercone<br>Magistrate Judge Mitchell |

## ORDER

AND NOW, this **3rd** day of November, 2006, after the plaintiffs, A.D. a minor, by Nicole Finney, as guardian and in her own right, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendant, Shuman Juvenile Detention Center, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Document No. 21), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (Document No. 17) is DENIED.

                                                    David Stewart Cercone
                                                    United States District Judge

cc:    Honorable Robert C. Mitchell
       United States Magistrate Judge

       Brian C. Thompson, Esquire
       Joseph R. Petrina, Esquire
       Petrina & Thompson
       10700 Frankstown Road
       Parkway East Professional Center
       Suite 300
       Pittsburgh, PA 15235

Carl B. Zacharia, Esquire
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219